**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
LUCIO A. NOTO, et al.,

Petitioners,

-against-

MUSSABEH AL MUHAIRI,

Respondent.
---------------------------------------------------------------X

23 **CIVIL** 1102 (JHR)(VF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 29, 2026, the Court has adopted the Report and Recommendation in its entirety. Judgment is entered in favor of Petitioners consisting of (i) the arbitration award of $25,292,624.96, plus pre-judgment interest calculated at 16% per annum from October 24, 2023, through the entry of judgment, in the amount of $11,209,137.02; (ii) $48,105.16 in attorneys' fees; and (iii) $542.01 in costs related to bringing this action; accordingly, the case is closed.

**Dated:** New York, New York

July 31, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**